**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

─────────────

**No. 22-1142**

─────────────

In re:  LEANTHONY T. WINSTON, a/k/a Locks, a/k/a Lee Lee,

Petitioner.

─────────────

On Petition for Writ of Habeas Corpus.

─────────────

Submitted:  April 27, 2022                    Decided:  May 10, 2022

─────────────

Before AGEE, WYNN, and RICHARDSON, Circuit Judges.

─────────────

Petition dismissed by unpublished per curiam opinion.

─────────────

LeAnthony T. Winston, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeAnthony Winston petitions this court for an original writ of habeas corpus, challenging his convictions for sex trafficking, controlled substance, and firearm offenses. We dismiss the petition for lack of jurisdiction. *See Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004); 28 U.S.C. § 2241(a). Moreover, we find that the interest of justice would not be served by transferring the petition to the district court. *See* 28 U.S.C. § 1631. Accordingly, we deny Winston's motions for release on bond, for relief from judgment, and to consolidate this case with his pending appeal in No. 22-6038. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*